# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jolivette Brown, Nannette V. | U.S. District Court, Eastern District of Louisiana | 03/04/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☑ Amended Report | 01/1/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States District Court
Eastern District of Louisiana
500 Poydras Street, Suite C-205
New Orleans, Louisiana 70130

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Bar Association, New Orleans Chapter |
| 2. | Director | Federal Judges' Association |
| 3. | Director | Executive Committee of the ABA National Conference of Federal Trial Judges |
| 4. | Member | ABA 19TH Amendment Commission |
| 5. | Member | ABA Judicial Advisory Committee to the Ethics Committee |
| 6. | Member | Tulane Inn of Court |
| 7. | Director | A.P. Tureaud Inn of Court Executive Board |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 03/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Entergy Services, Inc.-salary, bonus, restricted stock options, stock options and performance units |
| 2. | 2019 | Energy Insurance Mutual (EIM) - Board compensation and travel and expense reimbursement |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bar Group, Bar Organization, or Bar Association | March 21, 22, 23, 2019 | Arlington, VA | Federal Bar Associaton Leadership Summit Activity of professional assoc or civic org | Travel, meals and lodging |
| 2. | Professional or Civic Group | April 15, 16, 2019 | Dallas, TX | Federal Judges Association Board of Directors Meeting | Travel, meals, and lodging |
| 3. | Professional or Civic Group | June 17, 18, 19, 2019 | New York, NY | Association of Corporrate Counsel Global Women in Law & Leadership Symposium | Travel, meals and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Jolivette Brown, Nannette V.** | 03/04/2021 |

| 4. | Bar Group, Bar Organization, or Bar Association | August 6, 7, 8, 9, 10, 11, 12, 2019 | San Francisco, CA | ABA Annual Meeting - National Council of Federal Trial Judges & Commission - 19th Ame | Travel, meals and lodging |
| --- | --- | --- | --- | --- | --- |
| 5. | Bar Group, Bar Organization, or Bar Association | September 4, 5, 6, 7, 8, 2019 | Tampa, FL | Federal Bar Association Annual Meeting | Travel, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jolivette Brown, Nannette V.** | 03/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 03/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Entergy Stock Options | | None | J | T | | | | | |
| 2. Entergy Restricted Stock Units | | None | O | T | | | | | |
| 3. Riverland Credit Union Checking and Money Market Accounts | A | Interest | M | T | | | | | |
| 4. First Bank and Trust Checking and Savings Accounts | A | Interest | J | T | | | | | |
| 5. Entergy Performance Shares | | None | P1 | T | | | | | |
| 6. T. Rowe Price - Entergy 401(k) (H) | | | | | | | | | |
| 7. - T. Rowe Price - Equity Income Trust C | D | Int./Div. | K | T | Buy (add'l) | 01/11/19 | J | | |
| 8. | | | | | Buy (add'l) | 01/25/19 | J | | |
| 9. | | | | | Buy (add'l) | 02/08/19 | J | | |
| 10. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 11. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 12. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 13. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 14. | | | | | Buy (add'l) | 04/19/19 | J | | |
| 15. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 16. | | | | | Buy (add'l) | 05/17/19 | J | | |
| 17. | | | | | Buy (add'l) | 05/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 03/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 20. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 21. | | | | | Buy<br>(add'l) | 07/26/19 | J | | |
| 22. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 23. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 24. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 25. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 26. | | | | | Buy<br>(add'l) | 10/04/19 | J | | |
| 27. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 28. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 29. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 30. | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 31. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 33.    - T. Rowe Price - New Horizons Trust Class A | D | Int./Div. | L | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 01/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 03/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 02/08/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 02/22/19 | J | | |
| 37. | | | | | Buy<br>(add'l) | 03/08/19 | J | | |
| 38. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 39. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 40. | | | | | Buy<br>(add'l) | 04/19/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 42. | | | | | Buy<br>(add'l) | 05/17/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 46. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 47. | | | | | Buy<br>(add'l) | 07/26/19 | J | | |
| 48. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 49. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 03/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 53. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 54. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 55. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 56. | | | | | Buy (add'l) | 11/29/19 | J | | |
| 57. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 58. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 59. - T. Rowe Price - TRP Blue Chip Growth Trust T6 | D | Int./Div. | K | T | Buy (add'l) | 01/11/19 | J | | |
| 60. | | | | | Buy (add'l) | 01/25/19 | J | | |
| 61. | | | | | Buy (add'l) | 02/08/19 | J | | |
| 62. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 63. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 64. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 65. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 66. | | | | | Buy (add'l) | 04/19/19 | J | | |
| 67. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 68. | | | | | Buy (add'l) | 05/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 03/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 70. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 71. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 72. | | | | | Buy (add'l) | 07/12/19 | J | | |
| 73. | | | | | Buy (add'l) | 07/26/19 | J | | |
| 74. | | | | | Buy (add'l) | 08/09/19 | J | | |
| 75. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 76. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 77. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 78. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 79. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 80. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 81. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 82. | | | | | Buy (add'l) | 11/29/19 | J | | |
| 83. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 84. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 85. - T. Rowe Price - Entergy Stable Income Fund | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 03/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  - T. Rowe Price - Entergy Stock | E | Dividend | L | T | | | | | |
| 87.  Entergy Stock | F | Dividend | P1 | T | | | | | |
| 88.  TDA Investment Acct #1 (H) | | | | | | | | | |
| 89.  - Amazon.com Stock | | None | K | T | Buy | 01/24/19 | K | | |
| 90.  - PG&E Corp Stock | | None | M | T | Buy | 01/24/19 | L | | |
| 91. | | | | | Buy<br>(add'l) | 01/25/19 | J | | |
| 92. | | | | | Buy<br>(add'l) | 01/25/19 | K | | |
| 93. | | | | | Sold<br>(part) | 01/29/19 | K | E | |
| 94. | | | | | Sold<br>(part) | 01/29/19 | K | E | |
| 95. | | | | | Sold<br>(part) | 01/29/19 | J | B | |
| 96. | | | | | Sold<br>(part) | 01/29/19 | L | A | |
| 97. | | | | | Sold<br>(part) | 01/29/19 | J | A | |
| 98. | | | | | Sold<br>(part) | 01/29/19 | J | C | |
| 99. | | | | | Buy | 02/20/19 | M | | |
| 100. | | | | | Sold<br>(part) | 08/19/19 | L | | |
| 101. | | | | | Buy<br>(add'l) | 10/25/19 | M | | |
| 102. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 03/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 10/28/19 | M | | |
| 104. | | | | | Buy | 10/29/19 | M | | |
| 105.   - Twilo Inc Com Stock | | None | K | T | Buy | 01/24/19 | K | | |
| 106.   TDA Investment Account #2 (H) | | | | | | | | | |
| 107.   - Federated Inst. PRM VL | A | Dividend | | | Buy | 05/20/19 | N | | |
| 108. | | | | | Sold | 08/21/19 | N | | |
| 109.   - COMAL TEX INDPT SCH DIST ULTD TAX SCH BLDG BDS | A | Int./Div. | J | T | Buy | 07/02/19 | J | | |
| 110.   - BEXAR CNTY TEX REF BDS | A | Int./Div. | | | Buy | 07/02/19 | K | | |
| 111. | | | | | Sold | 11/15/19 | K | | |
| 112.   - ALBUQUERQUE NM GROSS RCPTS TAX REV BDS | A | Int./Div. | K | T | Buy | 07/02/19 | K | | |
| 113.   - ANNE ARUNDEL CNTY MD GO CONSOLIDATED BDS | B | Int./Div. | J | T | Buy | 08/22/19 | L | | |
| 114.   - BIRMINGHAM ALA WTRWKS BRD REV BDS | B | Int./Div. | | | Buy | 08/28/19 | L | | |
| 115. | | | | | Sold | 12/26/19 | L | | |
| 116.   - DALLAS TEX AREA RAPID TRAN SR LIEN SALES TAX REV BD | B | Int./Div. | L | T | Buy | 07/25/19 | L | | |
| 117.   - DALLAS TEX WTRWKS & SWR SYS RV REV BDS | B | Int./Div. | L | T | Buy | 08/21/19 | L | | |
| 118.   - DISTRICT COLUMBIA GO BDS | B | Int./Div. | | | Buy | 08/08/19 | M | | |
| 119. | | | | | Sold | 10/25/19 | L | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 03/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - FAIRFAX COUNTY VIRGINIA PUB IMPT BDS | B | Int./Div. | J | T | Buy | 08/28/19 | L | | |
| 121. - GWINNETT CNTY GA GO BDS | B | Int./Div. | L | T | Buy | 07/12/19 | L | | |
| 122. - HIDALGO CNTY TEX LTD TAX REF BDS | A | Int./Div. | K | T | Buy | 08/21/19 | K | | |
| 123. - KING CNTY WA LTD TAX GO REF BDS | A | Int./Div. | L | T | Buy | 07/23/19 | L | | |
| 124. - LAS VEGAS NEV GO CITY HALL BDS | A | Int./Div. | K | T | Buy | 08/22/19 | K | | |
| 125. - MASSACHUSETTS ST GO BDS | A | Int./Div. | L | T | Buy | 08/29/19 | L | | |
| 126. - MCGREGOR TEX INDPT SCH DIST ULTD TAX SCH BLDG BDS | A | Int./Div. | L | T | Buy | 08/28/19 | L | | |
| 127. - METROPOLITAN ST LOUIS MO SWR REV BDS | A | Int./Div. | K | T | Buy | 07/05/19 | K | | |
| 128. - METROPOLITAN ST LOUIS MO SWR REV BDS | B | Int./Div. | L | T | Buy | 08/07/19 | L | | |
| 129. - MIAMI DADE CNTY PKS FLA GO BDS | A | Int./Div. | L | T | Buy | 08/21/19 | L | | |
| 130. - MIDLAND TEX INDPT SCH DIST ULTD TAX SCH BLDG REF BD | A | Int./Div. | K | T | Buy | 07/12/19 | K | | |
| 131. - MINNESOTA ST FOR PREVIOUS ISSU GO ST VAR PURP BDS | A | Int./Div. | | | Buy | 08/06/19 | L | | |
| 132. | | | | | Sold | 12/26/19 | L | | |
| 133. - MISSISSIPPI ST GO BDS | B | Int./Div. | K | T | Buy | 08/21/19 | K | | |
| 134. - NEW YORK CITY NY WTR FIN REV BDS | B | Int./Div. | L | T | Buy | 07/18/19 | L | | |
| 135. - NEW YORK NY CITY TRANSITIONAL REV BDS | A | Int./Div. | L | T | Buy | 07/12/19 | L | | |
| 136. - NEW YORK ST DORM AUTH SALES TAX REV BDS | A | Int./Div. | K | T | Buy | 08/16/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 03/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  - NORTH RICHLAND HILLS TEX TAX WATER SEWER SYS REV | A | Int./Div. | J | T | Buy | 08/27/19 | J | | |
| 138.  - OHIO ST SCH GEN OBLIG BNDS | A | Int./Div. | | | Buy | 08/22/19 | L | | |
| 139. | | | | | Sold | 10/25/19 | L | | |
| 140.  - OHIO ST MAJOR NEW ST INFRASTRU REV BDS | A | Int./Div. | K | T | Buy | 08/21/19 | K | | |
| 141.  - OMAHA NEB SAN SEW REV REV BDS | B | Int./Div. | L | T | Buy | 08/28/19 | L | | |
| 142.  - OREGON ST DEPT ADMIN SVCS REV BDS | A | Int./Div. | J | T | Buy | 08/21/19 | J | | |
| 143.  - RICHARDSON TEX INDPT SCH DIST ULTD TAX SCH BLDG | A | Int./Div. | K | T | Buy | 07/10/19 | K | | |
| 144.  - SCHERTZ-CIBOLO-UNVL CITY TEX ULTD TAX SCH BLDG | B | Int./Div. | L | T | Buy | 07/16/19 | L | | |
| 145.  - SOUTHWEST TEX INDPT SCH DIST GO BDS | A | Int./Div. | L | T | Buy | 09/04/19 | L | | |
| 146.  - - SPOKANE CNTY SCH DIST NO 365 ULTD TAX GO BDS | B | Int./Div. | | | Buy | 07/23/19 | L | | |
| 147. | | | | | Sold | 11/15/19 | L | | |
| 148.  - WASHINGTON ST VAR PURP GO BDS | A | Int./Div. | L | T | Buy | 08/16/19 | L | | |
| 149.  - - WISCONSIN ST GO BDS | A | Int./Div. | K | T | Buy | 07/12/19 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jolivette Brown, Nannette V.** | 03/04/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-B. Non-Investment Income - Income from EIM has been added as this began in 2018.

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 03/04/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nannette V. Jolivette Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544